

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-13-00689-CV

**IN THE INT. OF GM, AM AND NM**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02693
John D. Gabriel Jr., Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2014.

Keith E. Hottle
Clerk of Court